**COMMONWEALTH of Pennsylvania,** **Respondent**

v.

**Allan C. CAMP, Jr., Petitioner**

**No. 215 WAL 2017**

Supreme Court of Pennsylvania.

September 21, 2017

**BANK OF AMERICA, N.A.**

v.

**Kathleen MORGAN and the United States of America**

**Petition of: Kathleen Morgan**

**No. 334 MAL 2017**

Supreme Court of Pennsylvania.

September 21, 2017

## ORDER

PER CURIAM

AND NOW, this 21st day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**